NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. ROBERT SUESS, LEO SHERRY, RICHARD A. GREEN, IRVING ROBERTS, ON BEHALF OF ALL OTHER SHAREHOLDERS OF BENJAMIN FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION, PETER BAKER, BENJAMIN FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION, AND DONALD MCINTYRE,**
*Plaintiffs-Appellants,*

AND

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5101

---

Appeal from the United States Court of Federal Claims in 90-CV-981, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

# O R D E R

C. Robert Suess, et al. move for a 7-day extension of time, until February 10, 2012, to file their reply brief. The court notes that the appellants' reply brief was rejected by the court on February 13, 2012. The corrected reply brief is due February 27, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellants' corrected reply brief is due February 27, 2012.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Don S. Willner, Esq.
    John M. Dorsey, III, Esq.
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK